Thank you. The first case that we will address this morning is Cranmore v. Colonial Life. And I understand there's been a settlement or resolution in that case? That's correct, Your Honor. My name is Steve Parsons. I'm Nevada Bar No. 363. I represent the appellant. And to retain credibility with the court, I'd ask the court to accept my moving the defendant to stipulate to dismissal, which they've agreed to. Okay. We're happy to accept that. Would you just please file a dismissal paper with the clerk? But as of now, the case is officially dismissed, and I assume there's been a happy resolution for everyone. And I hope you all enjoyed your trip to San Francisco. Thank you, ma'am. And to the extent the court is concerned, Mr. Katzen is here. Yes, I understand that. Thank you, gentlemen. Thank you, Your Honor.
judges: Tashima, McKeown, Gould